UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

***Electronically Filed***

| | | |
|---|---|---|
| Sextet Mining Corporation, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Director, Office of Workers' Compensation | ) | PETITION |
| Programs, United States Department of Labor, | ) | FOR REVIEW |
| | ) | |
| and | ) | |
| | ) | |
| Mary M. Whitfield (widow of Needham F. Whitfield) | ) | |
| | ) | |
| Respondents | ) | |

Sextet Mining Corporation hereby petitions the Court for review of the Decision and Order of the Benefits Review Board, in case BRB No. 13-0416 BLA, attached hereto, and entered on the 31st day of March 2014.

Respectfully,

MORTON LAW LLC
126 North Main Street
P.O. Box 883
Henderson, Kentucky 42419-0883
Telephone: (270) 826-7200

By:/s/John C. Morton_____
    John C. Morton
    Austin P. Vowels
    Attorneys for Petitioner

Pursuant to 33 U.S.C. § 921 (c), the Clerk of the Court should transmit a

copy of the Petition for Review to the following parties:

Francis Poole
P.O. Box 32
Madisonville, Kentucky 42431

Mary M. Whitfield
P.O. Box 129
Walnut Creek, Ohio 44687

Rebecca J. Fiebig
U.S. Department of Labor
Office of the Solicitor
200 Constitution Avenue, NW
Suite N-2119
Washington, D.C. 20210

Hon. Alice M. Craft
U.S. Department of Labor
Office of Administrative Law Judges
36 East 7th Street, Suite 2525
Cincinnati, Ohio 45202

Hon. Seena Foster
Office of Administrative Law Judges
Techworld Plaza
800 K Street, NW, Suite 400
Washington, D.C. 20210

Steven Breeskin
U.S. Department of Labor
Suite C-3516, NDOL
Washington, D.C. 20210

Benefits Review Board
P.O. Box 37601
Washington, D.C. 20013-7601