RECEIVED
JUN 1 2 2014
DEBORAH S. HUNT, Clerk

Mary M. Whitfield
Walnut Hills Retirement Center
P.O. Box 129
Walnut Creek, OH 44687

June 11, 2014

United States Court of Appeals
For the Sixth Circuit
Robin Duncan, Case Manager
100 East Fifth Street, Room 540
Potter Stewart U.S. Courthouse
Cincinnati, Ohio 45202-3988

      Re: Case No. 14-3519, Sextet Mining Corporation v. Mary Whitfield, et al
          Originating Case No.: 13-0416 BLA

Dear United States Court of Appeals for the Sixth Circuit,

I, Mary M. Whitfield, wish to inform the Court that I am without the assistance of legal counsel, and therefore will be representing myself in the above referenced Case No. 14-3519.

Please send all correspondence to my attention at the address listed above.

Sincerely,

*Mary M. Whitfield*

Mary M. Whitfield

cc:  John C. Morton, Esq.
      Morton & Bach
      126 N.. Main Street
      P.O. Box 883
      Henderson, KY 42419
      (via Certified Mail)

      Mr. Thomas O. Shepherd, Jr.
      U.S. Department of Labor
      Benefits Review Board
      P.O. Box 37601
      Washington, DC 20013-7601
      (via First Class Mail)

Mr. Austin P. Vowels
Law Office
P.O. Box 2082
Henderson, KY 42419
(via Certified Mail)

Ms. Patricia May Nee
U.S. Department of Labor
200 Constitution Ave., NW
Suite N-2117
Washington, DC 20210
(via First Class Mail)

Mary M. Whitfield
Walnut Hills Retirement Center
P.O. Box 129
Walnut Creek, OH 44687

United States Court of Appeals
For the Sixth Circuit
Attention: Robin Duncan, Case Manager
100 East Fifth Street, Room 540
Potter Stewart U.S. Courthouse
Cincinnati, Ohio 45202-3988

This packaging is the property of the U.S. Postal Service and is provided solely for use in sending Express Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13L © U.S. Postal Service; January 2011; All rights reserved.

**EXTREMELY URGENT**
Please Rush To Addressee
PLEASE PRESS FIRMLY

**Express Mail**
UNITED STATES POSTAL SERVICE

EXTREMELY URGENT
Please Rush To Addressee

Flat Rate Envelope
- Visit us at usps.com

PLEASE NOTE:
When used internationally affix customs declarations (PS Form 2976, or 2976)

U.S. POSTAGE PAID
DOVER, OH
44622
JUN 11 14
AMOUNT
$19.99
00067118-02

Schedule package pickup right from your home or office at usps.com/pickup
Print postage online

PS10001000059

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)    PHONE (330) 339-7563
Mary M. Whitfield
Walnut Hills Retirement Center
P.O. Box 129
Walnut Creek, OH 44687

PAYMENT BY ACCOUNT (if applicable)

DELIVERY OPTIONS (Customer Use Only)
☒ SIGNATURE REQUIRED

TO: (PLEASE PRINT)    PHONE:
United States Court of Appeals
For the Sixth Circuit
Attn: Robin Duncan, Case Manager
100 East Fifth Street, Room 540
Potter Stewart U.S. Courthouse
Cincinnati, Ohio 45202-3988

PRIORITY MAIL EXPRESS™

ORIGIN (POSTAL SERVICE USE ONLY)
PO ZIP Code: 44622
Date Accepted: 6/11/14
Time Accepted: 14:47 PM
Weight: Flat Rate
Postage: $19.99
Total Postage & Fees: $19.99

EK176605807US

3-ADDRESSEE COPY

EP13L January 2011 © U.S. Postal Service